### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No.09-21706-CIV-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN KNEAPLER, BRYNA
KNEAPLER,
    Defendant.

_____/     AMENDED

### ORDER ON MOTION FOR EXTENSION

THIS CAUSE came before the Court upon Plaintiffs' Motion Extend Deadline for Filing

Scheduling Report and to Continue Scheduling Conference, filed July 13, 2009 (D.E. 5).

THE COURT has considered the Motion and the pertinent portions of the record and is

otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 5) is GRANTED IN PART.  The

Initial Planning and Scheduling Conference remains set for July  31, 2009, but the parties Joint

Planning and Scheduling Report is now due on or before July  24, 2009.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record